IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

STANLEY DELORD MARTIN,
    Petitioner,

vs.                                       Case No. 3:10cv28/MCR/EMT

WALTER McNEIL,
    Respondent.
_____/

## **O R D E R**

This cause is before the court on Respondent's motion to dismiss the habeas petition as untimely (Doc. 29). Before the court rules on this motion, Petitioner shall be given an opportunity to respond.

Accordingly, it is **ORDERED**:

Within **THIRTY (30) DAYS** from the date of docketing of this order, Petitioner shall file a response to Respondent's motion to dismiss.

**DONE AND ORDERED** this 5th day of October 2010.

                                              */s/ Elizabeth M. Timothy*
                                              **ELIZABETH M. TIMOTHY**
                                              **UNITED STATES MAGISTRATE JUDGE**